IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER SCHROEDER** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:22cv637** |
| **DHHS EXECUTIVE DIRECTOR, ET AL.** | § § § | |

# ORDER

Through an order of dismissal and a final judgment, the court dismissed this case without prejudice for want of prosecution on June 17, 2025. Dkts. 55, 56. Plaintiff Christopher Schroeder subsequently filed an amended complaint. Dkt. 57. Because the case is closed, the amended complaint cannot be accepted.

It is **ORDERED** that the Clerk of Court **STRIKE** the amended complaint, Dkt. 57.

Schroeder is advised that he should not file frivolous pleadings in this or any other closed case.

So **ORDERED** and **SIGNED** this 7th day of July, 2025.

_____
Bill Davis
United States Magistrate Judge